WILLIAM BURDGE, by next friend, complainant-appellant,

*v.*

J. MORTIMER JOHNSON et al., defendants-respondents.

[Argued March 17th, 1915.    Decided June 14th, 1915.]

On appeal from two orders of the court of chancery advised by Vice-Chancellor Griffin, one directing the revival of the suit, and the other refusing to strike out defendants' cross-bill.

*Mr. William J. Leonard,* for the appellant.

*Mr. John E. Foster,* for the respondents.

PER CURIAM.

Our consideration of this case leads us to the conclusion that both the order reviving the suit, and the order refusing to strike out defendants' cross-bill, were justified by the facts appearing in the cause; and that therefore each of them should be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, VREDENBURGH, WHITE, TERHUNE, WILLIAMS—12.

*For reversal*—None.